Case 2:25-cr-00020-TOR    ECF No. 7    filed 02/20/25    PageID.10    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2025

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** United States v. Raymond S. Sulak    **CASE NO.** 2:25-CR-00020-TOR

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2422(b) | Attempted Online Enticement of a Minor | CAG not less than 10 years nor more than life; and/or $250,000 fine; not less than 5 years, nor more than life, supervised release; $100 special penalty assessment; JVTA assessment of $5,000, absent indigence; Sex Offender Registration |
| 2 | 18 U.S.C. § 2252A(a)(5)(B),(b)(2) | Possession of Child Pornography | CAG not more than 20 years; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; $100 special penalty assessment; AVAA assessment up to $17,000; JVTA assessment of $5,000, absent indigence; and Sex Offender Registration |
|  | 18 U.S.C. §§ 2428, 2253 | Forfeiture Allegations |  |