1  Richard R. Barker
   Acting United States Attorney
2  Eastern District of Washington
   Laurel J. Holland
3  Assistant United States Attorney
   825 Jadwin Ave., Suite G-60
4  Richland, WA 99352
   Telephone: (509) 713-8450

5
                    UNITED STATES DISTRICT COURT
6            FOR THE EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,
                                          Case No.: 2:25-CR-00020-TOR
8                    Plaintiff,

9             v.                          Motion for Detention

10 RAYMOND S. SULAK,

11                   Defendant.

12

13        The United States moves for pretrial detention of Defendant, pursuant to

14 18 U.S.C. § 3142(e) and (f).

15 A.    18 U.S.C. § 3142(e) and (f)

16       1.    Eligibility of Case

17       This case is eligible for a detention order because the case involves (check

18 one or more):

19       ☒     Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which

20 includes any felony under Chapter 77, 109A, 110 and 117);

21       ☐     A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

☐      An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum penalty of 10 years or more;

☐      Maximum penalty of life imprisonment or death;

☐      Drug offense with maximum penalty of 10 years or more;

☐      Felony, with two prior convictions in above categories;

☒      Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒ Minor Victim      ☐ Firearm      ☐ Destructive Device
☐ Dangerous Weapon      ☐ Failure to Register

☒      Serious risk Defendant will flee (as specified below); or

☒      Serious risk obstruction of justice (as specified below).


2.    <u>Reason for Detention</u>

The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒      Defendant's appearance as required; or

☒      Safety of any other person and the community.

3.    <u>Rebuttable Presumption</u>.

The United States

Motion for Detention - 2



☒  will

☐  will not

invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

   If the United States is invoking the presumption, it applies because there is probable cause to believe Defendant committed:

☐  Drug offense with maximum penalty of 10 years or more;

☐  An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐  An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐  An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☒  An  offense involving  a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐  Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

4. <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☒  At the first appearance, or

☐  After a continuance of three days.

*///*

Motion for Detention - 3

B.    <u>No Contact Order</u>

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution.  Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

Dated:  March 13, 2025.

Richard R. Barker
Acting United States Attorney

*s/ Laurel J. Holland*
Laurel J. Holland
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.


*s/ Laurel J. Holland*
Laurel J. Holland
Assistant United States Attorney